IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| EARL BOYD TRUMP, | ) |
| Plaintiff, | ) Case No. 7:10CV00142 |
| v. | ) FINAL ORDER |
| MONTGOMERY CO. SHERIFF, COMMONWEALTH ATTORNEY (MONTGOMERY COUNTY), | ) By: Glen E. Conrad ) United States District Judge |
| Defendants. | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED**, pursuant to 28 U.S.C. § 1915A(b), and this action is stricken from the active docket of the court.

ENTER: This 31st day of March, 2010.

_____
United States District Judge